IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re: )
)
RANDALL LEE CARTWRIGHT )
SHELIA DAWN CARTWRIGHT ) Case Nr. 10-42060
)
_____ )

## MOTION TO ABATE CHAPTER 13 PAYMENTS
## WITH NOTICE OF OBJECTION DEADLINE

Now come the above-named debtors, and they move the Court for an order allowing the abatement of certain payments required by their Chapter 13 plan. In support of this motion, they state to the Court:

1. The debtors are unable to make their Chapter 13 payment at the present time.

2. The debtors are unable to make said Chapter13 payments because both debtors have reeently been laid off from their jobs.

3. This is a conduit plan and the debtors desire to make their payments to their mortgage eompany in all events, even though they eannot afford to pay their full Chapter 13 payment for the time being.

4. The debtors propose that their plan be amended as follows: allow the debtors to pay the sum of $545.00 per month for March, April, and May,2011, with said funds to be used to pay the eonduit payments on their first mortgage to One West Bank; let the debtors be exeused for now from paying any amount in excess of $545.00 per month to the Chapter 13 trustee; then let their Chapter 13 payments increase to $1,650.00 per month in June,2011, or to such amount as the Court eventually determines to be neeessary to properly fund the debtors' plan as proposed..

5. The debtors propose no other amendments to their Chapter 13 plan.

WHEREFORE, the debtors pray that their motion be granted.

s/Larry E. Schneider
Larry E. Sehneider #9524
112 SW 6th St Ste 501
Topeka, KS 66603
(785) 233-6704
Attorney for Debtor

Motion to Abate Chapter 13 Plan Payments
Cartwright Bankruptcy, Case Nr. 10-42060
Page 2

### NOTICE OF OBJECTION DEADLINE

You are hereby notified that the debtor has filed the Motion to Abate Chapter 13 Plan Payments, and that you have until the end of the _4th_ day of April, 2011, to file a written objection thereto. Objections must be filed with the Clerk of the U.S. Bankruptcy Court at Room 240, 444 SE Quincy, Topeka, KS 66683.

If, <u>and only if</u>, an objection if filed, a hearing on said objection will be held on the 27th day of April, 2011, at 1:30 p.m. in the U.S. Bankruptey Court, Room 210, 444 SE Quincy, Topeka, KS 66683. If no objection is filed, the Court may grant the said motion without further notice to parties in interest.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this _13th_ day of March, 2011, he served a copy of the above and foregoing notice and a copy of the motion referred to in said notice upon all parties, as shown on the attached matrix, and to the Chapter 13 trustee. Parties not served by Email were served by U.S. mail, postage prepaid first class, mailed on the date last above mentioned.

                                                s/Larry E. Schneider #9524
                                                112 SW 6th St Ste 501
                                                Topeka, KS 66683
                                                (785) 233-6704
                                                Attorney for Debtor(s)

Label Matrix for local noticing
1083-5
Case 10-42060
District of Kansas
Topeka
Fri Mar 11 11:04:02 CST 2011

Capital One Auto Finance Department
P.O. Box 201347
Arlington, TX 76006-1347

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, Fl 33131-1605

Topeka Divisional Office
240 US Courthouse
444 SE Quincy
Topeka, KS 66683-3592

A-1 Collection Agency LLC
715 Horizon Dr Ste 401
Grand Junction CO 81506-8731

Capital One Auto Finance
3905 Dallas Pkwy
Plano TX 75093-7892

Capital One Auto Finance, c/o Ascension Capi
P.O. Box 201347
Arlington, TX 76006-1347

Capital Recovery IV LLC
c/o Recovery Management Systems Corporat
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605

Cardiology Consultants Of Topeka
600 SW College Ave
Topeka KS 66606-2711

Clerk Of The Disctrict Ct
Case Nr 2010 LM 1547
Courthouse 138 E 8th St
Junction City KS 66441-2502

(p)CREDIT ACCEPTANCE CORPORATION
25505 WEST 12 MILE ROAD
SOUTHFIELD MI 48034-8316

Dillards
PO Box 981469
El Paso TX 79998-1469

Encore Receivable Mgmt Inc
PO Box 3330
Olathe KS 66063-3330

Express Scripts
PO Box 66580
Saint Louis MO 63166-6580

Flint Hills Surgical Clinic
1110 Saint Marys Rd Ste 201
Junction City KS 66441-4198

GCH Rural Health Cliuic
1110 Saint Marys Rd Ste 400
Junction City KS 66441-4198

GE Money Bank
PO Box 103024
Roswell GA 30076-9024

GE Money Bank
c/o Recovery Management Systems Corporat
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605

Geary Anesthesia Associates
PO Box 1647
Junction City KS 66441-1647

Geary Community Hosp
1110 Saint Marys Rd Ste 306
Junction City KS 66441-4198

Geary Community Hospital
co ARSI
PO Box 136
200 W Wyatt Earp
Dodge City, KS 67801-4448

HSBC Bank Nevada, N.A.
by PRA Receivables Management, LLC
PO Box 12907
Norfolk VA 23541-0907

HSBC Card Services
PO Box 81622
Salinas CA 93912-1622

Heartland Anesthesis LLC
PO Box 388
Newton KS 67114-0388

Indy Mac Mortgage Services
A Divisioin Of One West Bank
PO Box 4045
Kalamazoo MI 49003-4045

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JC Penney
PO Box 981131
El Paso TX 79998-1131

Jefferson Capital Systems LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Jefferson Capital Systems LLC
Payment Address
PO Box 953185
St Louis MO 63195-3185

Kansas Deparrtment Of Revenue
Ivil Tax Enforcement
PO Box 12005
Topeka KS 66612-2005

| | | |
|---|---|---|
| Kansas Department of Revenue<br>Civil Tax Enforcement<br>Po Box 12005<br>Topeka KS 66612-2005 | Kansas Gas Service<br>PO Box 3535<br>Topeka KS 66601-3535 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Leading Edge Recovery Solutuions<br>5440 N Cumberland Ave Ste 300<br>Chicago IL 60656-1486 | Manhattan Dermatology<br>Kansas Counselors Inc<br>1421 N St Paul St<br>Wichita KS 67203-1799 | (p)MANHATTAN RADIOLOGY<br>1133 COLLEGE AVE<br>STE A-104<br>MANHATTAN KS 66502-2751 |
| Manhattan Surgical Hospital<br>1829 College Ave<br>Manhattan KS 66502-3381 | Mercy Regional Health Center<br>1823 College Ave<br>Manhattan KS 66502-3346 | Midwest Service Bureau Inc<br>625 W Maple<br>PO Box 3888<br>Wichita KS 67201-3888 |
| OneWest Bank FSB<br>7700 N Parmer Bldg D<br>1st Floor<br>Austin TX 78729-8101 | Orchard Bank<br>HSBC Card Services<br>PO Box 80084<br>Salinas CA 93912-0084 | Pathology Services PA<br>David M Borel MD<br>5650 SW 29th St<br>Topeka KS 66614-2443 |
| Podiatry Associates<br>1133 College Ave Ste A215<br>Manhattan KS 66502-2751 | Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Radiology & Nuclear Medicine<br>PO Box 1887<br>Topeka KS 66601-1887 |
| Resurgent Capital Services<br>GC Services Limited Partnership<br>6330 Gulfton St<br>Houston TX 77081-1198 | Richard Lochaney<br>1106 Saint Marys Rd Ste 306<br>Junction City KS 66441-4845 | Sam's Club<br>PO Box 981401<br>El Paso TX 79998-1401 |
| Shea Ridgon & Carver<br>Attorneys At Law<br>PO Box 4069<br>Wichita KS 67204-0069 | Tribute Master Card<br>PO Box 105555<br>Atlanta GA 30348-5555 | U.S. Trustee<br>Office of the United States Trustee<br>301 North Main Suite 1150<br>Wichita, KS 67202-4811 |
| Westar Energy<br>Attn Bankruptcy Team<br>PO Box 208<br>Wichita KS 67201-0208 | Jan Hamilton<br>507-9 SW Jackson<br>PO Box 3527<br>Topeka, KS 66601-3527 | Larry E. Schneider<br>112 W 6th St Ste 501<br>Topeka, KS 66603-3819 |
| Randall Lee Cartwright<br>332 W 10th St<br>Junction City, KS 66441-2357 | Shelia Dawn Cartwright<br>332 W 10th St<br>Junction City, KS 66441-2357 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Credit Acceptance | Internal Revenue Service | Manhattan Radiology |
| --- | --- | --- |
| Silver Triangle Bldg | PO Box 21126 | 1133 College Ave Ste A104 |
| 25505 West Twelve Mile Rd Ste 3000 | Philadelphia PA 19114-0326 | Manhattan KS 66502-2781 |
| Southfield MI 48034-8339 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)OneWest Bank, FSB | (d)Recovery Management Systems Corporation | End of Label Matrix | |
| --- | --- | --- | --- |
| | 25 S.E. 2nd Avenue, Suite 1120 | Mailable recipients | 55 |
| | Miami, FL 33131-1605 | Bypassed recipients | 2 |
| | | Total | 57 |