IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re: )
)
RANDALL LEE CARTWRIGHT )
SHELIA DAWN CARTWRIGHT ) Case Nr. 10-42060
)
_____)

## MOTION TO ABATE CHAPTER 13 PAYMENTS
## WITH NOTICE OF OBJECTION DEADLINE

Now come the above-named debtors, and they move the Court for an order allowing the abatement of certain payments required by their Chapter 13 plan. In support of this motion, they state to the Court:

1. The debtors are unable to make their Chapter 13 payment at the present time.

2. The debtors are unable to make said Chapter13 payments because both debtors have reeently been laid off from their jobs.

3. This is a conduit plan and the debtors desire to make their payments to their mortgage company in all events, even though they eannot afford to pay their full Chapter 13 payment for the time being.

4. The debtors propose that their plan be amended as follows: allow the debtors to pay the sum of $545.00 per month for March, April, and May,2011, with said funds to be used to pay the eonduit payments on their first mortgage to One West Bank; let the debtors be exeused for now from paying any amount in excess of $545.00 per month to the Chapter 13 trustee; then let their Chapter 13 payments increase to $1,650.00 per month in June,2011, or to such amount as the Court eventually determines to be neeessary to properly fund the debtors' plan as proposed..

5. The debtors propose no other amendments to their Chapter 13 plan.

WHEREFORE, the debtors pray that their motion be granted.

                                                s/Larry E. Schneider
                                                Larry E. Sehneider #9524
                                                112 SW 6th St  Ste 501
                                                Topeka, KS 66603
                                                (785) 233-6704
                                                Attorney for Debtor

## NOTICE OF OBJECTION DEADLINE

You are hereby notified that the debtor has filed the Motion to Abate Chapter 13 Plan Payments, and that you have until the end of the 4th day of April, 2011, to file a written objection thereto. Objections must be filed with the Clerk of the U.S. Bankruptcy Court at Room 240, 444 SE Quincy, Topeka, KS 66683.

If, and only if, an objection if filed, a hearing on said objection will be held on the 27th day of April, 2011, at 1:30 p.m. in the U.S. Bankruptcy Court, Room 210, 444 SE Quincy, Topeka, KS 66683. If no objection is filed, the Court may grant the said motion without further notice to parties in interest.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 13th day of March, 2011, he served a copy of the above and foregoing notice and a copy of the motion referred to in said notice upon all parties, as shown on the attached matrix, and to the Chapter 13 trustee. Parties not served by Email were served by U.S. mail, postage prepaid first class, mailed on the date last above mentioned.

s/Larry E. Schneider #9524
112 SW 6th St Ste 501
Topeka, KS 66683
(785) 233-6704
Attorney for Debtor(s)

```
Label Matrix for local noticing          Capital One Auto Finance Department      Recovery Management Systems Corporation
1083-5                                    P.O. Box 201347                           25 S.E. 2nd Avenue, Suite 1120
Case 10-42060                             Arlington, TX 76006-1347                  Miami, Fl 33131-1605
District of Kansas
Topeka
Fri Mar 11 11:04:02 CST 2011

Topeka Divisional Office                  A-1 Collection Agency LLC                 Capital One Auto Finance
240 US Courthouse                         715 Horizon Dr Ste 401                    3905 Dallas Pkwy
444 SE Quincy                             Grand Junction CO 81506-8731              Plano TX 75093-7892
Topeka, KS 66683-3592

Capital One Auto Finance, c/o Ascension Capi   Capital Recovery IV LLC              Cardiology Consultants Of Topeka
P.O. Box 201347                                c/o Recovery Management Systems Corporat   600 SW College Ave
Arlington, TX 76006-1347                       25 SE 2nd Avenue Suite 1120          Topeka KS 66606-2711
                                               Miami FL 33131-1605

Clerk Of The Disctrict Ct                 (p)CREDIT ACCEPTANCE CORPORATION          Dillards
Case Nr 2010 LM 1547                      25505 WEST 12 MILE ROAD                   PO Box 981469
Courthouse 138 E 8th St                   SOUTHFIELD MI 48034-8316                  El Paso TX 79998-1469
Junction City KS 66441-2502

Encore Receivable Mgmt Inc                Express Scripts                           Flint Hills Surgical Clinic
PO Box 3330                               PO Box 66580                              1110 Saint Marys Rd Ste 201
Olathe KS 66063-3330                      Saint Louis MO 63166-6580                 Junction City KS 66441-4198

GCH Rural Health Cliuic                   GE Money Bank                             GE Money Bank
1110 Saint Marys Rd Ste 400               PO Box 103024                             c/o Recovery Management Systems Corporat
Junction City KS 66441-4198               Roswell GA 30076-9024                     25 SE 2nd Ave Suite 1120
                                                                                    Miami FL 33131-1605

Geary Anesthesia Associates               Geary Community Hosp                      Geary Community Hospital
PO Box 1647                               1110 Saint Marys Rd Ste 306               co ARSI
Junction City KS 66441-1647               Junction City KS 66441-4198               PO Box 136
                                                                                    200 W Wyatt Earp
                                                                                    Dodge City, KS 67801-4448

HSBC Bank Nevada, N.A.                    HSBC Card Services                        Heartland Anesthesis LLC
by PRA Receivables Management, LLC        PO Box 81622                              PO Box 388
PO Box 12907                              Salinas CA 93912-1622                     Newton KS 67114-0388
Norfolk VA 23541-0907

Indy Mac Mortgage Services                (p)INTERNAL REVENUE SERVICE               JC Penney
A Division Of One West Bank               CENTRALIZED INSOLVENCY OPERATIONS         PO Box 981131
PO Box 4045                               PO BOX 7346                               El Paso TX 79998-1131
Kalamazoo MI 49003-4045                   PHILADELPHIA PA 19101-7346

Jefferson Capital Systems LLC             Jefferson Capital Systems LLC             Kansas Deparrtment Of Revenue
PO BOX 7999                               Payment Address                           Ivil Tax Enforcement
SAINT CLOUD MN 56302-7999                 PO Box 953185                             PO Box 12005
                                          St Louis MO 63195-3185                    Topeka KS 66612-2005
```

Kansas Department of Revenue
Civil Tax Enforcement
Po Box 12005
Topeka KS 66612-2005

Kansas Gas Service
PO Box 3535
Topeka KS 66601-3535

LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Leading Edge Recovery Solutuions
5440 N Cumberland Ave Ste 300
Chicago IL 60656-1486

Manhattan Dermatology
Kansas Counselors Inc
1421 N St Paul St
Wichita KS 67203-1799

(p)MANHATTAN RADIOLOGY
1133 COLLEGE AVE
STE A-104
MANHATTAN KS 66502-2751

Manhattan Surgical Hospital
1829 College Ave
Manhattan KS 66502-3381

Mercy Regional Health Center
1823 College Ave
Manhattan KS 66502-3346

Midwest Service Bureau Inc
625 W Maple
PO Box 3888
Wichita KS 67201-3888

OneWest Bank FSB
7700 N Parmer Bldg D
1st Floor
Austin TX 78729-8101

Orchard Bank
HSBC Card Services
PO Box 80084
Salinas CA 93912-0084

Pathology Services PA
David M Borel MD
5650 SW 29th St
Topeka KS 66614-2443

Podiatry Associates
1133 College Ave Ste A215
Manhattan KS 66502-2751

Quantum3 Group LLC
PO Box 788
Kirkland, WA 98083-0788

Radiology & Nuclear Medicine
PO Box 1887
Topeka KS 66601-1887

Resurgent Capital Services
GC Services Limited Partnership
6330 Gulfton St
Houston TX 77081-1198

Richard Lochaney
1106 Saint Marys Rd Ste 306
Junction City KS 66441-4845

San's Club
PO Box 981401
El Paso TX 79998-1401

Shea Ridgon & Carver
Attorneys At Law
PO Box 4069
Wichita KS 67204-0069

Tribute Master Card
PO Box 105555
Atlanta GA 30348-5555

U.S. Trustee
Office of the United States Trustee
301 North Main Suite 1150
Wichita, KS 67202-4811

Westar Energy
Attn Bankruptcy Team
PO Box 208
Wichita KS 67201-0208

Jan Hamilton
507-9 SW Jackson
PO Box 3527
Topeka, KS 66601-3527

Larry E. Schneider
112 W 6th St Ste 501
Topeka, KS 66603-3819

Randall Lee Cartwright
332 W 10th St
Junction City, KS 66441-2357

Shelia Dawn Cartwright
332 W 10th St
Junction City, KS 66441-2357

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Credit Acceptance<br>Silver Triangle Bldg<br>25505 West Twelve Mile Rd Ste 3000<br>Southfield MI 48034-8339 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia PA 19114-0326 | Manhattan Radiology<br>1133 College Ave Ste A104<br>Manhattan KS 66502-2781 |
|---|---|---|

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)OneWest Bank, FSB | (d)Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | End of Label Matrix<br>Mailable recipients 55<br>Bypassed recipients 2<br>Total 57 |
|---|---|---|