IN RE: RANDALL LEE CARTWRIGHT          CHAPTER 13
       SHELIA DAWN CARTWRIGHT          CASE NO.: 10-42060
       332 W 10TH ST

       JUNCTION CITY KS 66441-2357

**TRUSTEES OBJECTION TO MOTION TO ABATE CHP 13 PAYMENTS**

COMES NOW the Trustee, Jan Hamilton, and moves the Court to deny the debtor(s) Modification/Amendment to plan dated March 14, 2011 and in support thereof states:

> PLAN PAYMENTS CANNOT REDUCE TO LESS THAN $643/MO DURING THE ABATEMENT PERIOD TO PAY THE MORTGAGE PAYMENT OF $588.64/MO + TRUSTEE FEES. AFTER THE ABATEMENT PERIOD, PLAN PAYMENTS MUST INCREASE TO APPROXIMATELY #1,825/MO BEGINNING IN JUNE, 2011. FIGURES PROVIDED ARE CORRECT SUBJECT TO A MOTION TO DEVIATE FROM B22C BEING FILED.

WHEREFORE, the Trustee prays the Court enter an Order denying said Modification/Amendment for the reasons noted above.

Dated: March 21, 2011                s/ - JAN HAMILTON, TRUSTEE
                                                PO Box 3527, Topeka, KS 66601
                                                (785) 234-1551

CERTIFICATE OF SERVICE

I certify that I electronically filed the above and foregoing Objection with the Court via the CM/ECF system, which notices all interested parties using the CM/ECF system. I have also mailed this pleading first class to the debtor and to the following parties on this date: March 21, 2011.

                                                        s/ - JAN HAMILTON, TRUSTEE
FG16/JR

eoa:     ONEWEST BANK                                                 0803
        % SOUTH & ASSOCIATES PC
        6363 COLLEGE BLVD STE 100
        OVERLAND PARK KS 66221