IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re:                                    )
                                          )
RANDALL LEE CARTWRIGHT                    )
SHELIA DAWN CARTWRIGHT                    )    Case Nr. 10-42060
                                          )
_____ )

MOTION FOR PERMISSION TO DEVIATE FROM REQUIREMENTS
OF SECTION 1325(b)

Now come the above-named debtors, by and through their attorney of record, and they move the Court for permission to move the Court for permission for their Chapter 13 plan to deviate from their requirements of Section 1325(b) of the Bankruptcy Code. In support of this motion, they state to the Court:

1. The debtors have filed their amended Schedule B-22C which shows that they have disposable monthly income of $19.34 per month which would amount to a total of $1,160.40 over the five year period of their Chapter 13 plan.

2. The trustee has objected to the debtors' B-22C, and urges that said B-22C was incorrectly calculated and that the debtors' correct disposable income is $444.57 per month or $26,664.20 for the duration of the debtors' Chapter 13 plan.

3. No matter which Schedule B-22C is correct, both are based upon income figures of the debtors during the six-month period immediately proceeding the month in which they filed their Chapter 13 bankruptcy proceeding.

4. Section 1325(b) of the Bankruptcy Code provides that the debtors must pay all of their projected disposable income during the applicable commitment period of the plan to the trustee for distribution to unsecured creditors.

5. Said Section defines disposable income as current monthly income less certain expenses allowed to the debtor.

6. The debtors' current monthly income is an amount based upon the income received by the debtors during the six month period immediately preceding the month during which the debtors filed their bankruptcy proceeding.

7. Since each debtor has lost a good-paying job since the filing of this bankruptcy, their present income no way resembles the income they were earning during the six-month period prior to the filing of the present bankruptcy proceeding.

8. Therefore the debtors' projected disposable income will be an amount significantly less than their current monthly income (defined by Section 101(10A)) and will be insufficient to make any substantial payment to the debtors' unsecured creditors.

WHEREFORE, the debtors pray that they be permitted to submit a Chapter 13 plan which takes into account their present financial situation, and which contains no mandatory payments to unsecured claims based upon the debtors' income as it existed during the six-month period prior to the filing of the present bankruptcy.

s/Larry E. Schneider
Larry E. Schneider #9524
112 SW 6th St Ste 501
Topeka, KS 66603
(785) 233-6704
Attorney for Debtor(s)

## NOTICE OF OBJECTION DEADLINE

You are hereby notified that the debtor has filed the Motion to Receive Estate Funds, and that you have until the end of the _20th_ day of July, 2011, to file a written objection thereto. Objections must be filed with the Clerk of the U.S. Bankruptcy Court at Room 240, 444 SE Quincy, Topeka, KS 66683.

If, and only if, an objection if filed, a hearing on said objection will be held on the 9th day of August, 2011, at 1:30 p.m. in the U.S. Bankruptcy Court, Room 210, 444 SE Quincy, Topeka, KS 66683. If no objection is filed, the Court may grant the said motion without further notice to parties in interest.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 29th day of June, 2011, he served a copy of the above and foregoing notice and a copy of the motion referred to in said notice upon all parties, as shown on the attached matrix, and to the Chapter 13 trustee. Parties not served by means of the CM/ECF system were served by U.S. mail, postage prepaid first class, mailed on the date last above mentioned.

s/Larry E. Schneider #9524
112 SW 6th St Ste 501
Topeka, KS 66683
(785) 233-6704
Attorney for Debtor(s)

```
Label Matrix for local noticing          Capital One Auto Finance Department      Recovery Management Systems Corporation
1083-5                                   P.O. Box 201347                          25 S.E. 2nd Avenue, Suite 1120
Case 10-42060                            Arlington, TX 76006-1347                 Miami, Fl 33131-1605
District of Kansas
Topeka
Fri Mar 11 11:04:02 CST 2011

Topeka Divisional Office                 A-1 Collection Agency LLC                Capital One Auto Finance
240 US Courthouse                        715 Horizon Dr Ste 401                   3905 Dallas Pkwy
444 SE Quincy                            Grand Junction CO  81506-8731            Plano TX  75093-7892
Topeka, KS 66683-3592


Capital One Auto Finance, c/o Ascension Capi   Capital Recovery IV LLC           Cardiology Consultants Of Topeka
P.O. Box 201347                          c/o Recovery Management Systems Corporat   600 SW College Ave
Arlington, TX 76006-1347                 25 SE 2nd Avenue Suite 1120              Topeka KS 66606-2711
                                         Miami FL 33131-1605


Clerk Of The Disctrict Ct                (p)CREDIT ACCEPTANCE CORPORATION         Dillards
Case Nr 2010 LM 1547                     25505 WEST 12 MILE ROAD                  PO Box 981469
Courthouse 138 E 8th St                  SOUTHFIELD MI 48034-8316                 El Paso TX  79998-1469
Junction City KS 66441-2502


Encore Receivable Mgmt Inc               Express Scripts                          Flint Hills Surgical Clinic
PO Box 3330                              PO Box 66580                             1110 Saint Marys Rd  Ste 201
Olathe KS  66063-3330                    Saint Louis MO  63166-6580               Junction City KS 66441-4198


GCH Rural Health Clinic                  GE Money Bank                            GH Money Bank
1110 Saint Marys Rd Ste 400              PO Box 103024                            c/o Recovery Management Systems Corporat
Junction City KS  66441-4198             Roswell GA  30076-9024                   25 SE 2nd Ave Suite 1120
                                                                                  Miami FL 33131-1605


Geary Anesthesia Associates              Geary Community Hosp                     Geary Community Hospital
PO Box 1647                              1110 Saint Marys Rd Ste 306              co ARSI
Junction City KS  66441-1647             Junction City KS 66441-4198              PO Box 136
                                                                                  200 W Wyatt Earp
                                                                                  Dodge City, KS 67801-4448


HSBC Bank Nevada, N.A.                   HSBC Card Services                       Heartland Anesthesia LLC
by PRA Receivables Management, LLC       PO Box 81622                             PO Box 388
PO Box 12907                             Salinas CA  93912-1622                   Newton KS  67114-0388
Norfolk VA 23541-0907


Iudy Mac Mortgage Services               (p)INTERNAL REVENUE SERVICE              JC Penney
A Division Of One West Bank              CENTRALIZED INSOLVENCY OPERATIONS        PO Box 981131
PO Box 4045                              PO BOX 7346                              El Paso TX  79998-1131
Kalamazoo MI  49003-4045                 PHILADELPHIA PA 19101-7346


Jefferson Capital Systems LLC            Jefferson Capital Systems LLC            Kansas Deparrtment Of Revenne
PO BOX 7999                              Payment Address                          Ivil Tax Enforcement
SAINT CLOUD MN 56302-7999                PO Box 953185                            PO Box 12005
                                         St Louis MO 63195-3185                   Topeka KS  66612-2005
```

| | | |
|---|---|---|
| Kansas Department of Revenue<br>Civil Tax Enforcement<br>Po Box 12005<br>Topeka KS 66612-2005 | Kansas Gas Service<br>PO Box 3535<br>Topeka KS 66601-3535 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Leading Edge Recovery Solutuions<br>5440 N Cumberland Ave Ste 300<br>Chicago IL 60656-1486 | Manhattan Dermatology<br>Kansas Counselors Inc<br>1421 N St Paul St<br>Wichita KS 67203-1799 | (p)MANHATTAN RADIOLOGY<br>1133 COLLEGE AVE<br>STE A-104<br>MANHATTAN KS 66502-2751 |
| Manhattan Surgical Hospital<br>1829 College Ave<br>Manhattan KS 66502-3381 | Mercy Regional Health Center<br>1823 College Ave<br>Manhattan KS 66502-3346 | Midwest Service Bureau Inc<br>625 W Maple<br>PO Box 3888<br>Wichita KS 67201-3888 |
| OneWest Bank FSB<br>7700 W Parmer Bldg D<br>1st Floor<br>Austin TX 78729-8101 | Orchard Bank<br>HSBC Card Services<br>PO Box 80084<br>Salinas CA 93912-0084 | Pathology Services PA<br>David M Borel MD<br>5650 SW 29th St<br>Topeka KS 66614-2443 |
| Podiatry Associates<br>1133 College Ave Ste A215<br>Manhattan KS 66502-2751 | Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Radiology & Nuclear Medicine<br>PO Box 1887<br>Topeka KS 66601-1887 |
| Resurgent Capital Services<br>GC Services Limited Partnership<br>6330 Gulfton St<br>Houston TX 77081-1198 | Richard Lochaney<br>1106 Saint Marys Rd Ste 306<br>Junction City KS 66441-4845 | Sam's Club<br>PO Box 981401<br>El Paso TX 79998-1401 |
| Shea Ridgon & Carver<br>Attorneys At Law<br>PO Box 4069<br>Wichita KS 67204-0069 | Tribute Master Card<br>PO Box 105555<br>Atlanta GA 30348-5555 | U.S. Trustee<br>Office of the United States Trustee<br>301 North Main Suite 1150<br>Wichita, KS 67202-4811 |
| Westar Energy<br>Attn Bankruptcy Team<br>PO Box 208<br>Wichita KS 67201-0208 | Jan Hamilton<br>507-9 SW Jackson<br>PO Box 3527<br>Topeka, KS 66601-3527 | Larry E. Schneider<br>112 W 6th St Ste 501<br>Topeka, KS 66603-3819 |
| Randall Lee Cartwright<br>332 W 10th St<br>Junction City, KS 66441-2357 | Shelia Dawn Cartwright<br>332 W 10th St<br>Junction City, KS 66441-2357 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Credit Acceptance<br>Silver Triangle Bldg<br>25505 West Twelve Mile Rd Ste 3000<br>Southfield MI 48034-8339 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia PA 19114-0326 | Manhattan Radiology<br>1133 College Ave Ste A104<br>Manhattan KS 66502-2781 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)OneWest Bank, FSB | (d)Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | End of Label Matrix<br>Mailable recipients    55<br>Bypassed recipients     2<br>Total                  57 |